UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN ERIN BINNS <br><br> Plaintiff. <br><br> Vs. <br><br> CENTRAL INTELLIGENCE AGENCY <br> WASHINGTON DC, 20505 <br><br> kbo-Isar-Amper-Klinikum Taufkirchen <br> Brauhausstrasse 5 <br> Taufkirchen (Vils) <br> GERMANY, 84416 <br><br> AZAIAH CHADRICK CROSSWHITE <br> 643 S Soto St, <br> LOS ANGELES CA, 90023 <br><br> Defendants. | Case No: 1:20-cv-01896 (UNA) |

## FIRST AMENDED COMPLAINT

1. This is an action under 42 USC § 1985 (conspiracy against rights). Plaintiff John Erin Binns challenges attempts by the Central Intelligence Agency ("CIA") to get Plaintiff extra-judicially killed by the Republic of Turkey by falsely communicating to Turkey's National Intelligence Organization ("MIT") that Plaintiff was a supporter or member of the Islamic State ("ISIS").



RECEIVED
Mail Room

JUL 24 2020

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## JURISDICTION AND VENUE

3. The court has jurisdiction over this action pursuant to 28 USC § 1331. Venue lies in this district under 28 USC § 1391.

## PARTIES

4. Plaintiff John Erin Binns is a 20 year old ISIS terror suspect and resident of Izmir, Turkey. Plaintiff is also a US citizen.

5. Defendant CIA is an agency within the meaning of 5 USC § 552(f)

## FACTS

6. On October 11, 2017, Arthur Gong from the US Department of Homeland Security interrogated Plaintiff at London Heathrow Airport about his alleged travel to Syria while Plaintiff was preparing to board a flight to Chicago International Airport.

7. In 2017, the Federal Bureau of Investigation ("FBI") opened a terrorism investigation against Plaintiff and transmitted a request for information on his border crossings through the Europol Information System and INTERPOL to sixteen countries in Europe.

8. In early 2018, Plaintiff left the United States and moved to Izmir, Turkey. The FBI then requested that the CIA conduct surveillance against Plaintiff due to his alleged ties to international terrorism.

9. The CIA not only had Plaintiff placed under physical and electronic surveillance by Turkey's MIT, but sent contractors to Plaintiff's neighborhood who would do the same. Plaintiff saw these contractors in vacant apartments belonging to Turkish citizens on several occasions. The owners of the apartments were either on vacation or the units were undergoing renovation while this surveillance was ongoing. The CIA contractors were not authorized to enter these units and likely broke in using lock-picking tools, violating Turkish law. Sometimes, the CIA contractors would be wearing night vision goggles.

10. One of Plaintiff's friends, Kenneth Currin Schuchman, was recruited as an FBI Confidential Human Source and CIA informant. According to information obtained from one of Plaintiff's sources, Schuchman was given a pound of heroin by CIA officers in 2018 to inform on Plaintiff.

11. Schuchman tried entrapping Plaintiff into buying Stinger missiles and guns from a Tor website operated by the FBI, and attempted to have Plaintiff visit a website containing a software exploit.

12. In 2018, Plaintiff's cellular phone was hacked using a zero-day exploit by MIT and GPS tracking spyware was silently installed on the device.

13. According to Imperva, a zero-day (0day) exploit is: "a cyber attack targeting a software vulnerability which is unknown to the software vendor or to antivirus vendors. The attacker spots the software vulnerability before any parties interested in mitigating it, quickly creates an exploit, and uses it for an attack".

14. MIT used the GPS tracking spyware installed on Plaintiff's cellular phone to summon individuals who would scream death threats at Plaintiff ("gangstalkers") to Plaintiff's location. Plaintiff received over 100 death threats from different gangstalkers in the span of a few months. During some incidents, a flash mob of three to six gangstalkers would block the sidewalk while screaming death threats at Plaintiff and threatening to hit him.

15. Plaintiff was the victim of intense harassment using microwave directed energy devices by CIA contractors. On one occasion, Plaintiff was in his bedroom and observed a man pointing a microwave oven with no door at his body. On another occasion, Plaintiff saw a male CIA contractor pointing a microwave magnetron with a metal horn

at his body. While this was happening, Plaintiff felt a burning and shocking sensation over his entire body.

16. Plaintiff was harassed with psychotronic weapons by CIA contractors. A psychotronic weapon typically consists of a transmitter outputting an RF signal modulated with an extremely low frequency ("ELF") sine wave signal, a microwave amplifier in the SHF/EHF frequency range, and a waveguide. The operator of the weapon can speed up the victim's heart rate or cause the victim to have panic attacks by using different ELF modulation frequencies. On several occasions, Plaintiff felt a burning sensation on his neck and observed CIA contractors using a brick shaped psychotronic weapon with a cord and buttons on his head.

17. CIA contractors recorded a video of Plaintiff from a balcony while he was naked. Azaiah Crosswhite, a CIA informant and FBI Confidential Human Source, then attempted to blackmail Plaintiff into working as a CIA agent using this video. Kenneth Currin Schuchman had bragged about seeing this video to one of Plaintiff's friends in 2018.

18. Plaintiff was assigned code name "RAVEN" by the CIA.

19. Plaintiff was encouraged to commit violent acts such as murder or a mass shooting by Azaiah Crosswhite. Plaintiff has never planned on committing and will not commit any violent acts. Azaiah Crosswhite also encouraged Plaintiff to kill himself on multiple occasions.

20. On July 1, 2019, Plaintiff was the target of an extrajudicial killing by MIT in Konak, Izmir, Turkey, as officers of the CIA had falsely communicated to MIT that Plaintiff was a member or supporter of ISIS.

21. Plaintiff hid in Alsancak Nevvar Salih Isgoren Hospital from Turkish state-sponsored hitmen, and Plaintiff's name appeared in an unknown anti-terrorism database connected to the emergency room computer. The name of Azaiah Crosswhite, an FBI confidential human source and CIA informant also appeared in the database, and the hospital doctors were talking about the fact that Crosswhite's name appeared on the emergency room computers, and that Plaintiff's name showed up in the database as "Cock Sucker".

22. The emergency room doctors called the Turkish police, four police cars then came to the hospital and the police interrogated Plaintiff.

23. On July 6, 2019, Plaintiff was abducted from the Munich Airport police station by fake Bavarian State Police officers (MIT agents) and taken to an unauthorized black site

for ISIS suspects (a fake mental hospital building) located at 48.345941, 12.137753 on the territory of Germany ("KBO Haus 10"). Numerous other abductions have occurred near Munich, Germany, in which Turkish citizen terror suspects were kidnapped by MIT agents and taken to the gas room of KBO Haus 10 for brain damage.

24. The MIT agent, a fake Bavarian State Police officer who came with Plaintiff in the ambulance to KBO Haus 10, told the staff at the facility to fry Plaintiff's brain with gas.

25. Plaintiff was put in the suicide watch room/neurotoxic gas room (See Exhibit A), and a staff member activated a metal fan emitting a substance smelling similar to formaldehyde.

26. After Plaintiff would have successfully been given brain damage using the neurotoxic gas room, Delta Force was going to extraordinary render Plaintiff in a covert action from an American military base to Anchorage International Airport to face trial on fabricated federal charges. The CIA's plan was to have Plaintiff found mentally incompetent and have him forced into a plea deal for over 10 years in prison. This covert action was eventually cancelled.

27. Plaintiff's time in the neurotoxic gas room of KBO Haus 10 was recorded and live-streamed to CIA informants, including Azaiah Crosswhite, as a "destruction video" over the internet anonymity service Tor.

28. Neurotoxic gas rooms are used by intelligence agencies worldwide, including the CIA, against terror suspects and individuals who learn government secrets, to give the target permanent brain damage and schizophrenia. The target is usually taken to a fake mental hospital operated by an intelligence agency, where they are put in a gas room for several hours.

## COUNT I - CONSPIRACY AGAINST RIGHTS – CIA

29. This Count re-alleges and incorporates by reference all of the preceding paragraphs.

30. Unknown officers of the Central Intelligence Agency knowingly falsely communicated to the Republic of Turkey that Plaintiff was a member or supporter of ISIS and instructed MIT to target Plaintiff in an extrajudicial killing, in violation of the Fifth Amendment's due process clause: "No person shall [...] be deprived of **life**, liberty, or property, without due process of law.".

## COUNT II - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS – kbo-Isar-Amper-Klinikum Taufkirchen

31. This Count re-alleges and incorporates by reference all of the preceding paragraphs.

32. During Plaintiff's time at the facility, staff members would play tape loops of Turkish words such as "gerizekali", which translates to "mentally retarded" in English, over a loudspeaker.

33. One staff member would point to an image of a man with down syndrome in a newspaper and say something to the effect of "this is you, it's finished, it's over", after Plaintiff was released from the neurotoxic gas room of KBO Haus 10.

34. Another staff member would use a brick shaped psychotronic weapon to give Plaintiff epileptic seizures.

35. The conduct by the staff members at KBO Haus 10 was extreme and outrageous.

## COUNT III - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS – AZAIAH CHADRICK CROSSWHITE

36. This Count re-alleges and incorporates by reference all of the preceding paragraphs.

37. On multiple occasions in 2018 and 2019, Azaiah Crosswhite, a CIA informant, posted pictures of Plaintiff that were taken while he was in his bedroom by CIA



contractors on his Snapchat profile. Crosswhite did this to gaslight, intimidate, and inflict emotional distress on Plaintiff.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court:

(1) Order Defendant CIA to cease falsely communicating to foreign countries that Plaintiff is a member or supporter of ISIS.
(2) Order Defendant kbo-Isar-Amper-Klinikum Taufkirchen to pay one hundred thousand dollars ($100,000) in damages for intentionally inflicting emotional distress on Plaintiff.
(3) Order Defendant Azaiah Crosswhite to pay one hundred thousand dollars ($100,000) in damages for intentionally inflicting emotional distress on Plaintiff.
(4) Grant any further relief as this court may deem just and proper.

Respectfully submitted,
John Erin Binns
1775/4 Sk No 3/1
Karsiyaka, Izmir
35580
Turkey

binnsjohn84@gmail.com
+905488575356

*s/ John Erin Binns*

## EXHIBIT A





Kamera zur Aufnahme von "Zerstörungsvideos" für Geheimdienstpsychopathen

Location: 48.346156, 12.137772
In der Nähe von Taufkirchen / Vils, Deutschland

Ventilator mit Formaldehyde/Neurotoxin ->



Ventilator

Verschlossene Tür



**Nicht autorisierte schwarze Statte des türkischen Geheimdienstes auf deutschem Gebiet (gefälschte psychiatrische Klinik)**